UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRED HERNANDEZ,<br><br>　　　　　Petitioner,<br><br>v.<br><br>NEVADA SOUTHERN DETENTION CENTER,<br><br>　　　　　Respondents. | Case No.: 2:25-cv-00060-APG-DJA<br><br>**Order Denying Application<br>to Proceed *in Forma Pauperis* on Appeal** |

　　　This action was initiated, *pro se*, by Fred Hernandez, on January 10, 2025, as a petition for a writ of habeas corpus under 28 U.S.C. §2241. In an order entered on January 15, 2025 (ECF No. 4), I summarily dismissed the action because I am without jurisdiction to entertain a challenge to a civil contempt order of another judge of this Court. On January 27, 2025, Hernandez filed a notice of appeal (ECF No. 6), and an application to proceed *in forma pauperis* on appeal (ECF No. 8).

　　　I find that Hernandez's appeal is frivolous and not taken in "good faith," and I therefore deny his application to proceed *in forma pauperis* on appeal. *See* 28 U.S.C. § 1915(a)(3); *Gardner v. Pogue*, 558 F.2d 548, 551 (9th Cir. 1977) ("good faith" standard § 1915(a)(3) satisfied if the petitioner seeks appellate review of an issue that is not frivolous); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (For purposes of § 1915, an appeal is frivolous if it lacks any arguable basis in law or fact.). Hernandez may renew his application to proceed *in forma pauperis* in the Court of Appeals. *See* Fed. R. App. P. 24(a).

**I THEREFORE** certify, under 28 U.S.C. § 1915(a)(3), that Petitioner's appeal is not taken in good faith, and I **ORDER** that Petitioner's Application to Proceed Without Prepayment of Fees **(ECF No. 8) is DENIED**.

Dated: January 28, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE