UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRED HERNANDEZ,<br><br>            Petitioner,<br><br>v.<br><br>NEVADA SOUTHERN DETENTION CENTER,<br><br>            Respondents. | Case No.: 2:25-cv-00060-APG-DJA<br><br>**Order Denying, Without Prejudice, Motion to Vacate, Set Aside, or Correct Sentence and Ordering Motion Filed in Other Case**<br><br>**[ECF No. 12]** |

   This action was initiated, *pro se*, by Fred Hernandez, on January 10, 2025, as a petition for a writ of habeas corpus under 28 U.S.C. §2241. I summarily dismissed the action on January 15, 2025, ruling that I was without jurisdiction to entertain a challenge to a civil contempt order of another judge of this Court under section 2241. ECF Nos. 4, 5. Hernandez filed a notice of appeal, and an application to proceed *in forma pauperis* on appeal. ECF Nos. 6, 8. I denied Hernandez's application to proceed *in forma pauperis* on appeal on January 28, 2025. ECF No. 9.

   On March 7, 2025, Hernandez filed a Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody under 28 U.S.C. § 2255. ECF No. 12. That motion is inappropriately filed in this case. A motion under section 2255 must be filed "in the court which imposed the sentence." 28 U.S.C. § 2255(a). Moreover, this case is closed and on appeal before the Ninth Circuit Court of Appeals. I will deny the motion, without prejudice.

1   It may be that Hernandez meant to file his motion in Case No. 2:22-cv-00876-GMN-NJK. *See* ECF No. 12 at 2–4. I will therefore direct the Clerk of the Court to file a copy of the motion in that case.

**I THEREFORE ORDER** that Petitioner's Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 **[ECF No. 12] is DENIED without prejudice**.

**I DIRECT** the Clerk of the Court to file a copy of Petitioner's Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 [ECF No. 12] in Case No. 2:22-cv-00876-GMN-NJK.

Dated: April 1, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE